# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JAMES G. DELERY AND EDWARD
J. DELERY, JR.

NO.   2023 CW 1354

VERSUS

THE BORGNEMOUTH REALTY
COMPANY, LIMITED, ET AL

**MARCH 13, 2024**

---

In Re:    The Board of Commissioners of the Port of New Orleans,
          applying for supervisory writs, 22nd Judicial District
          Court, Parish of St. Tammany, No. 23010053.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

   **WRIT NOT CONSIDERED.** The writ application fails to comply
with the Uniform Rules of Louisiana Courts of Appeal, Rule 4-5.
Applicant did not include copies of each pleading on which the
judgment was founded, including the original petition, in
violation of Uniform Rules of Louisiana Courts of Appeal, Rule
4-5 (C) (8).

   Supplementation of this writ application and/or an
application for rehearing will not be considered. Uniform Rules
of Louisiana Courts of Appeal, Rules 4-9 and 2-18.7.

   In the event relator seeks to file a new application with
this court, it must contain all pertinent documentation and must
comply with Rule 2-12.2 of the Uniform Rules of Louisiana Courts
of Appeal. Any new application must be filed on or before April
2, 2024 and must contain a copy of this ruling.

                         **JMG**
                         **WRC**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
          FOR THE COURT